UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Tippetts, an individual,<br><br>                   Plaintiff,<br><br>      v.<br><br>Deer Valley Car Care, Inc. an Arizona corporation; Lee E. Jones and Jane Doe Jones, husband and wife; Richard Glass and Jane Doe Glass, husband and wife,<br><br>                   Defendants. | No: CV16-02739-PHX DGC<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the parties' Stipulation for Dismissal.  Doc. 26.

**IT IS ORDERED** that the parties' stipulation of dismissal (Doc. 26) is **granted.** This action is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 8th day of December, 2016.

_____
David G. Campbell
United States District Judge

1